OPINION — AG — ** VETERANS COMMISSION — PRIVATE ATTORNEY — EMPLOYMENT ** THE WAR VETERANS COMMISSION AND THE DEPARTMENT OF VETERANS AFFAIRS DO NOT, UNDER PROVISIONS OF 72 O.S. 63.3 [72-63.3], 72 O.S. 63.8 [72-63.8] AND 72 O.S. 225 [72-225](C), HAVE THE AUTHORITY TO RETAIN LEGAL COUNSEL, COUNSEL INDEPENDENT OF THE ATTORNEY GENERAL.(PRIVATE ATTORNEY, STATE AGENCY, DUTIES, AUTHORITY) CITE: 29 O.S. 108 [29-108](B), 72 O.S. 63.1 [72-63.1] 72 O.S. 63.3 [72-63.3], 72 O.S. 225 [72-225](C), 74 O.S. 18 [74-18](C), OPINION NO. 69-150, OPINION NO. 83-058, ARTICLE XXVI, SECTION 3 (MICHAEL SCOTT FERN)